# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JONATHAN LEWIS,
#221501395,

    **Plaintiff,**

v.                                    Case No. 4:16cv715-MW/CAS

RICK SCOTT,

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 30. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Motion to Proceed in Forma Pauperis, ECF No. 12, is **DENIED**. The Order entered December 7, 2016, ECF No. 10, is **VACATED** and this case is **DISMISSED** pursuant to 28 U.S.C.

---

[1] On May 19, 2017, Plaintiff was granted an extension of time to June 5, 2017, in which to file objections to the report and recommendation. ECF No. 32. Plaintiff has failed to do so.

1

§ 1915(g). Plaintiff's motion for appointment of counsel, ECF No. 27 and motion for review, ECF No. 28, are **DENIED**. The Clerk shall note on the docket this case is dismissed pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on June 12, 2017.**

**s/Mark E. Walker     ____**
**United States District Judge**
