# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JONATHAN LEWIS,
#221501395,

      Plaintiff,

v.                                     Case No. 4:16cv715-MW/CAS

RICK SCOTT,

      Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 30.[1] Upon consideration, no objections having been filed by the parties,[2]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Motion to Proceed in

---

[1] This Court entered its Order Accepting and Adopting Report and Recommendation, ECF No.34, on June 12, 2012, but set aside the order on July 3, 2017, ECF No. 44, upon the filing of motions for reconsideration by Plaintiff. ECF Nos. 38 and 39.

[2] On July 3, 2017, Plaintiff was granted yet another opportunity to file objections to the Report and Recommendation. ECF No. 44. Plaintiff's objections were to be filed by August 7, 2017. Plaintiff has failed to file any objections to the Magistrate Judge's Report and Recommendation.

1

Forma Pauperis, ECF No. 12, is **DENIED**. The Order entered December 7, 2016, ECF No. 10, is **VACATED** and this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(g).  Plaintiff's motion for appointment of counsel, ECF No. 27 and motion for review, ECF No. 28, are **DENIED**.  The Clerk shall note on the docket this case is dismissed pursuant to 28 U.S.C. § 1915(g)."  The Clerk shall close the file.

      **SO ORDERED on August 17, 2017.**

                                      **s/Mark E. Walker**
                                      **United States District Judge**